IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Melodie D. Diaz<br>　　　　　　　　　　Debtor<br><br>RoundPoint Mortgage Servicing Corporation<br>　　　　　　　　　　Movant<br><br>vs.<br><br>Melodie D. Diaz<br>　　　　　　　　　　Respondent<br><br>Natalie Lutz Cardiello Esq., Trustee<br>　　　　　　　　　　Additional Respondent | Bankruptcy No. 20-20283-JAD<br><br>Chapter 7<br><br>Doc. No. 16<br><br>Related To Doc. No. 13 |

## ORDER CANCELLING / CONTINUING HEARING

AND NOW, this **17th** day of **April**, 2020, upon consideration of the Motion filed by RoundPoint Mortgage Servicing Corporation, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**, and the hearing on the Motion for Relief from the Automatic Stay currently scheduled for May 5, 2020, is hereby CANCELLED AND CONTINUED to **Tuesday, June 2, 2020, at 10:00 AM,** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, **Pittsburgh, PA 15219**.

By the Court,

Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
　　Melodie D. Diaz
　　Anthony M. Moody, Esquire
　　James C. Warmbrodt, Esquire
　　Natalie Lutz Cardiello, Esquire
　　Office of United States Trustee

FILED
4/17/20 4:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 20-20283-JAD
Melodie D. Diaz                                                          Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: aala              Page 1 of 1             Date Rcvd: Apr 17, 2020
                    Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2020.
db              +Melodie D. Diaz,    P.O. Box 619,    Imperial, PA 15126-0619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2020 at the address(es) listed below:
      Anthony M. Moody    on behalf of Debtor Melodie D. Diaz amoody@moodylawoffices.com, moodyar81455@notify.bestcase.com
      James Warmbrodt    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com
      Natalie Lutz Cardiello    ncardiello@cardiello-law.com, ncardiello@ecf.axosfs.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                                               TOTAL: 4