# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Melodie D. Diaz**<br>　　　　　　　**Debtor**<br><br>**RoundPoint Mortgage Servicing Corporation**<br>　　　　　　　**Movant**<br>　　vs.<br><br>**Melodie D. Diaz**<br>　　　　　　　**Respondent**<br><br>**Natalie Lutz Cardiello Esq.**, **(Trustee)**<br>　　　　　　　**Additional Respondent** | **BK NO. 20-20283 JAD**<br><br>**Chapter 7**<br><br>**Related to Document No. 13**<br><br>**Hearing Date: N/A**<br><br>**Hearing Time: N/A**<br><br>**Objection Deadline: N/A** |

## CERTIFICATE OF SERVICE OF DEFAULT ORDER
## GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 4, 2020, I served the above captioned pleading, along with the Motion filed in the proceeding on the parties at the addresses shown below;

Debtor
Melodie D. Diaz
P.O. Box 619
Imperial, PA 15126

Attorney for Debtor
Anthony M. Moody, Esq.
Moody Law Offices
90 WEST CHESTNUT STE 603
WASHINGTON, PA 15301-4524
amoody@moodylawoffices.com

Trustee
Natalie Lutz Cardiello Esq.
107 Huron Drive
Carnegie, PA 15106
ncardiello@comcast.net

Method of Service: electronic means or first class mail

Dated: June 4, 2020

　　　　　　　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　　Phone: 215-627-1322
　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant